**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SHERESE TIPPY**                                                                                         **PLAINTIFF**

**v.**                                         **Case No. 4:18-cv-00536-KGB**

**DATAPATH**                                                                                              **DEFENDANT**

## ORDER

Plaintiff Sherese Tippy commenced the pending lawsuit on August 17, 2018 (Dkt. No. 2). Ms. Tippy alleges that she suffered employment discrimination from defendant Datapath due to her race and age in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, *et seq.* (*Id.*). Before the Court is Ms. Tippy's motion to dismiss (Dkt. No. 17). Datapath has filed a response, and it has no objection to Ms. Tippy's request to dismiss this action (Dkt. No. 18). The Court made Ms. Tippy aware of the practical effect of a voluntary dismissal, and directed her to respond by September 30, 2020, to indicate whether she: (1) would like to withdraw the pending motion to dismiss and proceed with this action; or (2) wishes to proceed with the requested dismissal (Dkt. No. 20). Ms. Tippy responded that she would like to proceed with the requested dismissal (Dkt. No. 21). Accordingly, the Court grants Ms. Tippy's motion to dismiss (Dkt. No. 17), and Ms. Tippy's complaint is dismissed without prejudice (Dkt. No. 2).

It is so ordered this 16th day of October, 2020.

_____
Kristine G. Baker
United States District Judge