# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**SHERESE TIPPY**                                                                                              **PLAINTIFF**

**v.**                                       **Case No. 4:18-cv-00536-KGB**

**DATAPATH**                                                                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Sherese Tippy's complaint is dismissed without prejudice. The relief sought is denied.

So adjudged this 16th day of October, 2020.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge